DUDLEY A. GAYLORD, as Trustee in Bankruptcy of the Estate of FLEXIBLE ARMORED HOSE CORPORATION, a Bankrupt, Appellant, v. SEVERN A. ANDERSON,

Respondent.— Order affirmed, with costs. All concur, except Hubbs, P. J., who dissents and votes for reversal on the ground that a question of fact was presented which was properly determined by the trial court. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.